Form plncf13 – ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

---

Case No.:  25–18169–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert P O'Donnell III                     Jill M O'Donnell
aka Robert P ODonnell 3rd, aka Robert      aka Jill Marie ODonnell
Paul ODonnell III, aka Robert Paul         275 McClelland Avenue
ODonnell 3rd                               Bellmawr, NJ 08031
275 McClelland Avenue
Bellmawr, NJ 08031

Social Security No.:
xxx–xx–0236                                xxx–xx–9421

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 4, 2025.

Dated: December 4, 2025
JAN: cm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 25-18169-JNP

Robert P O'Donnell, III,                                                                   Chapter 13

Jill M O'Donnell

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 04, 2025 | Form ID: plncf13 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert P O'Donnell, III, Jill M O'Donnell, 275 McClelland Avenue, Bellmawr, NJ 08031-1539 |
| 520767317 | + | Borough of Bellmawr Water & Sewage, PO Box 368, Bellmawr, NJ 08099-0368 |
| 520767321 | + | F H Cann And Associate, 1600 Osgood Street, North Andover, MA 01845-1048 |
| 520767328 | | Regional Sewer Service, PO Box 1105, Bellmawr, NJ 08099-5105 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 04 2025 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 04 2025 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520767318 | | Email/Text: Donna@ccmua.org | Dec 04 2025 20:48:00 | CCMUA, 1645 Ferry Ave, Camden, NJ 08104 |
| 520767319 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 04 2025 21:10:11 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520767320 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 04 2025 20:49:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520767322 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 04 2025 20:48:00 | Internal Revenue Service, ATTN: Bankruptcy Department, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520834701 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2025 20:58:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520839846 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 04 2025 20:48:00 | MARINER FINANCE, 8110 CORPORATE DR, NOTTINGHAM MD 21236-5034 |
| 520767323 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 04 2025 20:48:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520814772 | + | Email/Text: bncmail@w-legal.com | Dec 04 2025 20:49:00 | Metacorp, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 520827708 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 04 2025 20:49:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520767324 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 04 2025 20:49:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520835016 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 04 2025 20:48:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741 |
| 520767325 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 04 2025 20:48:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |

District/off: 0312-1 | User: admin | Page 2 of 3
Date Rcvd: Dec 04, 2025 | Form ID: plncf13 | Total Noticed: 26

| | | | |
|---|---|---|---|
| 520840269 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2025 20:58:55 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520767326 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2025 20:58:58 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520767327 | Email/Text: signed.order@pfwattorneys.com | Dec 04 2025 20:47:00 | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 520767330 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 04 2025 20:47:00 | State of New Jersey Division of Taxation, ATTN: Bankruptcy Department, 50 Barrack St., 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| 520767329 | + Email/Text: watnerlaw@gmail.com | Dec 04 2025 20:48:00 | South Jersey Radiology Associates, c/o David B. Watner, Esq, 1129 Bloomfield Avenue, Suite 208, Caldwell, NJ 07006-7123 |
| 520778122 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 04 2025 20:49:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 520767331 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 04 2025 20:47:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 520822248 | + Email/PDF: ebn_ais@aisinfo.com | Dec 04 2025 20:56:48 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2025 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Barbara J. Snavely | on behalf of Joint Debtor Jill M O'Donnell jjresq1@comcast.net |
| Barbara J. Snavely | on behalf of Debtor Robert P O'Donnell III jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

User: admin
Date Rcvd: Dec 04, 2025                          Form ID: plncf13                          Total Noticed: 26

U.S. Trustee
                                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5